# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| VILLAGE OF TINLEY PARK, ILLINOIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 2017 CV 3271 |
| ) | |
| AMY CONNOLLY, ) | Honorable Judge Sara L. Ellis |
| ) | |
| Defendant. ) | |

## NOTICE OF APPEAL

**To:** All Counsel of Record

**NOTICE OF APPEAL** is hereby given that Defendant Amy Connolly hereby appeals to the United States Court of Appeals for the Seventh Circuit from the Order of the District Court filed on November 28, 2017 (Doc. # 31) denying Defendant's Motion to Dismiss the Complaint based on absolute legislative immunity.

Dated: December 19, 2017

Respectfully submitted,

AMY CONNOLLY, Defendant

By:/s/ John B. Murphey
*Attorney for Defendant Amy Connolly*

John B. Murphey
Rosenthal, Murphey, Coblentz & Donahue
30 N. LaSalle Street, Suite 1624
Chicago, Illinois 60602
(312) 541-1070
jmurphey@rmcj.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on December 20, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of said filing to all parties listed below:

Alastar S. McGrath
Jerome R. Weitzel
Jessica F. Garro
David B. Montgomery
Larry J. Lipka
Kozacy, Weitzel, McGrath P.C.
55 W. Monroe Street, Suite 2400
Chicago, Illinois 60603
amcgrath@kwmlawyers.com
jweitzel@kwmlawyers.com
jgarro@kwmlawyers.com
Dmontgomery@kwmlawyers.com
llipka@kwmlawyers.com
*Attorneys for Plaintiff, Village of Tinley Park, Illinois*

      I further certify that on December 20, 2017, I served the foregoing document on all parties listed below:

Paul J. Kozacky
Kozacky Weitzel McGrath, PC.
55 West Monroe Street, Suite 2400
Chicago, IL 60603
(312) 696-0900
pkozacky@kwmlawyers.com
*Attorneys for Village of Tinley Park, Illinois*

Michael J. Kelly
Assistant United States Attorney
Northern District of Illinois
219 South Dearborn Street, 5th Floor
Chicago, Illinois 60604
Tel: 312-353-4220
michael.kelly@usdoj.gov
*Attorney for Zachary T. Fardon, United States Attorney, Northern District of Illinois*

2

Timothy J. Moran, Deputy Chief
Amie S. Murphy, Trial Attorney
Housing and Civil Enforcement Section
Civil Rights Division
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Northwestern Building, 7th Floor
Washington, D.C. 20530
Tel: 202-353-1285
amie.murphy2@usdoj.gov
*Attorneys for Loretta E. Lynch, Vanita Gupta and Sameena Shina Majeed*

by electronic service with return receipt requested and by placing a copy into an envelope addressed as above with postage paid and depositing the same in the U.S. Mail at 30 N. LaSalle St., Chicago, Illinois before the hour of 5:00 P.M. on December 20, 2017.

          /s/    John B. Murphey
          ROSENTHAL, MURPHEY, COBLENTZ & DONAHUE
          30 North La Salle Street, Suite 1624
          Chicago, Illinois 60602
          Tel. (312) 541-1070/Fax (312) 541-9191
          jmurphey@rmcj.com