UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.1
Eastern Division

Village of Tinley Park, Illinois
          Plaintiff,

v.          Case No.: 1:17−cv−03271
          Honorable Sara L. Ellis

Amy Connolly
          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, January 9, 2018:

    MINUTE entry before the Honorable Sara L. Ellis: Motion hearing held on 1/9/2018. Motion to stay [39] is denied for the reasons stated in open court. Next status date set for 2/8/2018 at 1:30 PM and the Court will set date for Defendant's answer after ruling on motion to disqualify. Mailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.