**UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
Eastern Division**

Village of Tinley Park, Illinois

          Plaintiff,

v.                   Case No.: 1:17–cv–03271
                  Honorable Sara L. Ellis

Amy Connolly

          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, August 15, 2018:

  MINUTE entry before the Honorable Sara L. Ellis: Status hearing held and continued to 9/12/2018 at 9:30 a.m. Counsel appeared and reported to the Court that mediation went well and there is a proposal for the Village to vote on. If a stipulation of dismissal is filed prior to the next status hearing, the status hearing will be stricken. Discovery remains stayed. Mailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.